THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In the Court of Appeals

 
 
 
 The State, Respondent,
 v.
 David Perella, Appellant.
 
 
 

Appeal From Spartanburg County
Howard P. King,
 Circuit Court Judge
Unpublished Opinion No. 2007-UP-504
Submitted October 1, 2007  Filed October 30, 2007    

APPEAL DISMISSED

 
 
 
 Chief
 Attorney Joseph L. Savitz, III, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor Robert M. Ariail, of Greenville, for Respondent.
 
 
 

PER
 CURIAM:  David Perella
 appeals his guilty pleas for:  (1) trafficking in methamphetamines 28-100
 grams, second offense; (2) manufacturing methamphetamines, third offense; (3)
 possession of crack cocaine, third offense; (4) trafficking in methamphetamines
 28-100 grams, second offense; (5) possession of a weapon during the commission
 of a violent crime; (6) possession of a stolen pistol; (7) possession of
 Klonopin, third offense; (8) possession of Percocet, third offense; (9)
 possession of Xanax, third offense; (10) possession of Hydrocodone and
 Acetaminophen; and (11) possession of marijuana, third offense.  Perella
 asserts his guilty plea was invalid because the trial judge informed him of his
 right to an appeal, rendering the plea conditional.  After a thorough review of the record and counsels
 brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss[1] Perellas appeal and grant counsels motion to be relieved.
 
APPEAL
 DISMISSED.
HEARN, C.J.,
 HUFF and KITTREDGE, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.